HOWARD L. CHURCHILL, SBN 79872
THE CHURCHILL LAW OFFICE
1300 West Street, Suite E
Redding CA 96001
Telephone: 530-338-2880
Fax: 530-338-2879

Attorney for Plaintiff
Daniel McTimmonds

IN THE UNITED STATES DISTRICT COURT

IN AND FOR EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL McTIMMONDS, | **CASE NO: 2:14-cv-02124-WBS-KJN** |
| Plaintiff, | Shasta County Superior Court Case No: 180287 |
| vs. | **ORDER** |
| ALCOHOL & DRUG TESTING SERVICES, LLC; et al., | |
| Defendants | DATE:  DECEMBER 1, 2014<br>TIME:  2:00 P.M.<br>DEPT:  Courtroom 5, 14th Floor |

The court having considered the declaration of Howard L. Churchill in connection with his application to appear on December 1, 2014 by phone;

AND GOOD CAUSE APPEARING, it is ORDERED that Plaintiff's counsel, Howard L. Churchill may appear by telephone on the date/time noted above at the following number 530-338-2880.  The courtroom deputy shall email counsel with instructions on how to participate in

the telephone conference call.

Dated:  November 17, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE